IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01628-PSF-BNB

UNITED STATES OF AMERICA,

    Petitioner,

v.

M. JAMES HERBIC,

    Respondent.

## ORDER SETTING STATUS CONFERENCE

THIS MATTER is before the Court on United States' Petition to Enforce IRS Summons (Dkt. # 1) and Respondent M. James Herbic's Response (Dkt. # 6). The Court having reviewed the file and being fully advised in the premises, hereby

ORDERS that a status conference in this matter is set for **October 12, 2005 at 9:00 a.m.**

    DATED: September 27, 2005

                                      BY THE COURT:

                                      s/ Phillip S. Figa
                                      _____
                                      Phillip S. Figa
                                      United States District Judge