IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No.  05-cv-01628-PSF-BNB

UNITED STATES OF AMERICA,

      Petitioner,

v.

M. JAMES HERBIC,

      Respondent.

---

**ORDER OF DISMISSAL**

---

      Upon consideration of respondent's Motion to Dismiss (Dkt. # 8), this action is hereby DISMISSED WITHOUT PREJUDICE, pursuant to F.R.Civ.P. 41(a)(1).

      DATED: September 30, 2005

                                              BY THE COURT:

                                              s/ Phillip S. Figa

                                              _____
                                              Phillip S. Figa
                                              United States District Judge